IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN McCALL, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:08-cv-100-MEF |
| | ) |
| DONAL C. CAMPBELL, *et al.,* | ) (WO) |
| | ) |
| Defendants. | ) |

# **O R D E R**

After an independent review, it is the ORDER, JUDGMENT, and DECREE of this Court that:

1. The plaintiff's objection to the Magistrate Judge's recommendation (Doc. # 45), filed on March 11, 2010, is OVERRULED.

2. The Magistrate Judge's recommendation (Doc. # 44), entered on February 25, 2010, is ADOPTED in part and REJECTED in part. This Court rejects the recommendation that it should grant summary judgment on the plaintiff's state-law claims. Rather, this Court will decline to exercise supplemental jurisdiction and, as a result, will *deny* the defendant's motions on the state-law claims and dismiss those claims without prejudice.

3. Defendants Jackie Graham's Motion for Summary Judgment (Doc. # 30), filed on January 10, 2009, and Defendants Richard Allen, Donal Campbell, and Arnold Holt's Motion for Summary Judgment (Doc. # 36), filed on February 6, 2009, are GRANTED on the plaintiff's federal-law claims, which are DISMISSED WITH PREJUDICE, and DENIED

1

on the plaintiff's state-law claims, which are DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1367(c)(3).

DONE this the 23rd day of March, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE